UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No.: 2:25-cr-00211-FLA     Date: 04/08/2025

Present: The Honorable: Michael B. Kaufman, United States Magistrate Judge

Interpreter: N/A     Language: N/A

| James Munoz | CS 04/08/2025 | Kevin Butler |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s): ✓ Present  In Custody
Eugene Henley, Jr.

Attorneys for Defendants: ✓ Present  Retained
Arturo Hernandez-M

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

\* Court does not question defendant as to true name.
\* Defendant is arraigned under name on charging document.
\* Defendant acknowledges having read the charging document and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the charging document.
\* This case is assigned to Judge Fernando L. Aenlle-Rocha.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 05/20/2025 8:30 AM;
Pre-Trial Conference: 05/09/2025 10:30 AM
\* Judge Aenlle-Rocha is located in 6B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    PSASA
   ✓ USMLA    USMED    USMSA
    Statistics Clerk      Interpreter
    CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: JRM by TRB