UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | | |
|---|---|---|
| Case No. 2:25-cr-00211-FLA | | Date: 04/08/2025 |
| Present: The Honorable: Michael B. Kaufman, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| James Munoz | 04/08/2025 | Kevin Butler |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✓ Present  Released on Bond | Attorneys for Defendants:  ✓ Present  CJA |
|---|---|
| Mark Martin | Kristen Nicole Richards |

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case    Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fernando L. Aenlle-Rocha.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 05/20/2025 8:30 AM;
Pre-Trial Conference: 05/09/2025 10:30 AM
* Judge Aenlle-Rocha is located in 6B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    PSASA
    USMLA    USMED    USMSA          Initial Appearance/Appointment of Counsel: 00 : 00
    Statistics Clerk                                 Arraignment: 00 : 05
  ✓ CJA Supervising Attorney    Interpreter
                                 Fiscal           Initials of Deputy Clerk: JRM by TRB

CR-11A                    Criminal Minutes – Arraignment                    Page 1