Name & Address:

Peter Johnson (State Bar No. 252542)
Peter Johnson Law, P.C.
407 N. Pacific Coast Hwy, 651
Redondo Beach, California 90277
Telephone: (310) 295-1785

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
| | 2:25-cr-00211-FLA-1 |
| PLAINTIFF(S) | |
| v. | |
| Eugene Henley, Jr. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1) DEFENDANT EUGENE HENLEY'S SUPPLEMENT TO MOTION TO SUPPRESS EVIDENCE OBTAINED FROM SEARCH WARRANTS; SUPPLEMENTAL SUPPORT FOR REQUEST FOR FRANKS HEARING
2) EXHIBITS 168 to 171
3) EXPARTE APPLICATION TO SEAL
4) PROPOSED ORDER TO SEAL

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

07/28/2026
_____
Date

Peter Johnson
_____
Attorney Name
 Eugene Henley, Jr.
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*