CHARLES C. BROWN, ESQ. (Bar No. 179365)
(E-Mail: charlesbrown@parzivalgroup.com)
1 South Fair Oaks Avenue, Suite 204
Pasadena, California 91105
Telephone: (626) 594-4874

Attorney for Defendant
EUGENE HENLEY, JR.

LINK 449
cc: PTS/USPO
#174/189/194/195/258/362/396

**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

EUGENE HENLEY, JR., et al.,

Defendants.

Case No. 2:25-CR-00211-FLA

**~~[PROPOSED]~~ ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARING ON MOTIONS TO SUPPRESS WIRETAP EVIDENCE**

The Court has read and considered defendant Eugene Henley, Jr.'s Ex Parte Application to Continue Hearing on Motions to Suppress Wiretap Evidence and the supporting declaration of counsel, and the government's position. Good cause appearing, the application is GRANTED.

IT IS ORDERED that the hearing on the motions to suppress wiretap evidence, now set for October 6, 2026, at 1:30 p.m., is CONTINUED to ~~December 3, 2026~~ **November 3, 2026**, at 1:30 p.m.

IT IS FURTHER ORDERED that the motions remain pending, and the time between the filing of the motions and their disposition remains excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D). This order does not change the February 16, 2027 trial date or any other date set in this case.

IT IS SO ORDERED.

DATED: 10/05/26

HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Charles C. Brown
CHARLES C. BROWN
Counsel for Eugene Henley, Jr.