NITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cr-00211-FLA | Date | 10/14/26 |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |
| Interpreter | Not Applicable |
| Probation Officer | Not Applicable |

| | | |
|---|---|---|
| Wendy Hernandez | Not Reported | Not Reported |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| DEFT 1: EUGENE HENLEY, JR. | NOT | x | | CJA Charles Brown/CJA Andrea Luem | NOT | x | |
| DEFT 2: SYLVESTER ROBINSON | NOT | x | | CJA Scott Pactor | NOT | x | |
| DEFT 3: MARK MARTIN | NOT | | x | CJA Kristen Richards | NOT | x | |
| DEFT 5: ARMANI AFLEJE | NOT | | x | CJA John Robertson | NOT | x | |
| DEFT 7: TIFFANY SHANRIKA HINES | NOT | | x | CJA Kenneth Reed | NOT | x | |

**Proceedings: (IN CHAMBERS) ORDER CONTINUING HEARING ON WIRETAP SUPPRESSION MOTIONS**

The Court advances the following motions to November 2, 2026, at 1:30 p.m.

- DEFENDANT MARK MARTIN’S MOTION TO SUPPRESS [174]
- DEFENDANT TIFFANY HINES' MOTIONT JOINING THE MOTION TO SUPPRESS WIRETAP (1) 03-24-2023 FILED BY CO-DEFENDANT MARK MARTIN [189]
- SEALED - DEFENDANT EUGENE HENLEY’S MOTION TO SUPPRESS INTERCEPTED COMMUNICATIONS [194]
- DEFENDANT ARMANI AFLLEJE'S JOINDER IN CO-DEFENDANT HENLEY’S MOTION TO SUPPRESS INTERCEPTED COMMUNICATIONS [195]
- DEFENDANT MARK MARTIN'S JOINDER TO CO-DEFENDANTS PRETRIAL MOTIONS (DKTS. 175, 180, 181, 182, 194, 244) [258]
- DEFENDANT EUGENE HENLEY, JR.'S EX PARTE APPLICATION TO SET BRIEFING AND HEARING SCHEDULE FOR REASSIGNED WIRETAP SUPPRESSION MOTIONS [362]
- DEFENDANT SYLVESTER ROBINSON'S MOTION FOR JOINDER FRANKS EVIDENTIARY HEARING ON MOTION TO SUPPRESS SEARCH WARRANTS EVIDENCE (DKT. 298), MOTION TO SUPPRESS INTERCEPTED COMMUNICATIONS (DKT. 194), MOTION TO SUPPRESS WIRETAP WARRANTS (DKT. 174) [396-FILED 08/07/26] TO SUPPRESS SEARCH WARRANTS EVIDENCE (DKT. 298), MOTION TO SUPPRESS INTERCEPTED COMMUNICATIONS (DKT. 194), MOTION TO SUPPRESS WIRETAP WARRANTS (DKT. 174) [396-FILED 08/07/26]

IT IS SO ORDERED.