Kristen N. Richards (Bar No. 277217)
Anthony M. Solis, APLC
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
Email: knrichards85@gmail.com
Telephone: (310) 940-9624
Facsimile: (213) 489-5923

Attorney for Defendant
Mark Martin

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARK MARTIN,<br>Defendant. | Case No. 2:25-cr-00211-FLA<br><br>**NOTICE OF TRIAL CONFLICT OF COUNSEL** |

Defendant Mark Martin, by and through his attorney of record, Kristen N. Richards, hereby files a Notice of Trial Conflict of Counsel with the Court. The Court had previously set trial in this matter to begin on February 16, 2027. Counsel was scheduled to begin a trial on October 20, 2026 in 23-cr-200-MCS. On October 19, 2026, that court moved, *sua sponte*, the trial date to a previously set one for a separate trial group. That trial group is set to begin on January 26, 2027, for what is anticipated to be a 4-week trial. Counsel now has conflicting trial dates set and counsel seeks to notice this Court of this new conflict.

//
//

Dated: October 26, 2026

Respectfully submitted,

KRISTEN N. RICHARDS
Anthony M. Solis, APLC

By: */s/ Kristen N. Richards*

Kristen N. Richards
Anthony M. Solis, APLC
Attorney for Mark Martin

## DECLARATION OF KRISTEN N. RICHARDS

I, KRISTEN N. RICHARDS, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am counsel of record for Mark Martin in the above-captioned matter.
2. In May of 2023, I was appointed as counsel of record for defendant Eric Bauer in 23-cr-200-MCS.
3. Following that appointment, Judge Scarsi held a number of status conferences due to the scope of discovery (15+ million items of discovery) in order to schedule reasonable trial dates.
4. In May of 2025, Judge Scarsi scheduled the trial for Mr. Bauer and other co-defendants, to begin on October 20, 2026. (ECF 279).
5. In March of 2026, following various severance motions filed by some parties, including Mr. Bauer, the Court again confirmed that trial for Mr. Bauer and 4 co-defendants, Trial Group 1, would begin on October 20, 2026. (ECF 375). Two separate trial groupings were created and Trial Group 2 was scheduled to begin trial on or around December 1, 2026. (ECF 375).
6. On April 29, 2026, the Trial Group 2 defendants and the government filed a stipulation to continue their trial date to January 26, 2027. On May 6, 2026, Judge Scarsi signed the order setting the trial for Trial Group 2 to begin on January 26, 2027.
7. On October 16, 2026, Judge Scarsi ordered counsel for all Trial Group 1 defendants to appear in court on October 19, 2026. (ECF 599).
8. On October 19, 2026, counsel for Trial Group 1 appeared in Court. Also set for hearing that day was a Change Of Plea hearing for Trial Group 1 defendant Grabeel along with a motion hearing for Trial Group 1 defendant Johnson.

Following the motion hearing for defendant Johnson, Judge Scarsi ordered that defendant Johnson be moved to a separate trial group. Judge Scarsi also accepted the change of plea for defendant Grabeel. Given that only 2 defendants remained, the Court asked for the positions of the parties on beginning trial the following day. I, along with counsel for co-defendant Beebe and government counsel, indicated that I was ready to begin trial the following day and desired to do so. After a brief recess, Judge Scarsi, *sua sponte*, ordered that Trial Group 1 be merged with Trial Group 2 and begin trial on January 26, 2027.

9. I indicated on the record to Judge Scarsi on October 19, 2026 that beginning a trial on January 26, 2027 would create a direct conflict with this case, which is scheduled to begin on February 16, 2027 given that the trial in front of Judge Scarsi is estimated to last 4-5 weeks. Judge Scarsi, nevertheless, ordered that my client have his trial continued to January 26, 2027.

10. On October 26, 2026, I contacted, via email, AUSA Kevin Butler and Jena MacCabe to notify the government of this new conflict.

I declare that the foregoing is true and correct to the best of my belief and knowledge. Executed this 26th day of October, 2026 in Los Angeles, California.

*__/s/ Kristen N. Richards__*

Kristen N. Richards